# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARSHAWN DIXON,**

    Plaintiff,

v.                                                   **Case No. 25-CV-1137**

**CROTHER TOLE,** *et al.***,**

    Defendants.

## ORDER

On August 28, 2025, the court ordered plaintiff Marshawn Dixon to pay an initial partial filing fee of $11.43 by September 29, 2025. (ECF No. 6.) The court advised Dixon that if the court did not receive his payment of the $11.43 fee or an explanation why he could not pay that fee by the September 29, 2025 deadline, the court would "deny his motion to proceed without prepayment of the filing fee and will dismiss this action based on the plaintiff's failure to pay the filing fee." (*Id.* at 3.)

The September 29, 2025 deadline has passed, and the court has not received the $11.43 fee or a written explanation why Dixon cannot pay it. Accordingly, the court will enforce the August 28, 2025 order, deny Dixon's motion for leave to proceed without prepaying the filing fee, and dismiss this action without prejudice. Dixon remains obligated to pay the full $350 filing fee.

**THEREFORE, IT IS ORDERED** that Dixon's motion for leave to proceed without prepaying the filing fee (ECF No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**. The clerk shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that the agency having custody of Dixon shall collect from Dixon's prison trust account the $350 filing fee **by collecting payments from Dixon's prison trust account in an amount equal to 20% of the preceding month's income credited to the account in any month in which either (1) the balance in the account exceeds $10 or (2) the income credited to the account in the preceding month exceeded $10.** The collected payments shall be sent to the Clerk of Court. The payments shall be clearly identified by the case name and number assigned to this case. If Dixon is transferred to another county, state, or federal institution, the transferring institution shall forward a copy of this Order along with his remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the officer in charge of the agency where Dixon is confined.

Dated at Milwaukee, Wisconsin, this 30th day of October, 2025.

BY THE COURT:

_Stephen C. Dries_
STEPHEN DRIES
United States Magistrate Judge